KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JEEHYUN KIM, | ) | |
|         Plaintiff, | ) | Case No. 06-1943 BZ |
| v. | ) | |
| | ) | **STIPULATION TO EXTEND DATES;** |
| Attorney General ALBERTO GONZALES, | ) | **and [~~PROPOSED~~] ORDER** |
| Secretary of Department of Homeland Security | ) | |
| MICHAEL CHERTOFF, Director of United States | ) | |
| Citizenship and Immigration Services EMILIO T. | ) | |
| GONZALES, and District Director of United States | ) | |
| Citizenship and Immigration Services DAVID N. | ) | |
| STILL, | ) | |
| | ) | |
|         Defendants. | ) | |
| _____ | ) | |

    Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

of record, hereby stipulate, subject to the approval of the Court, to the following:

    1.  Plaintiff filed this action on or about March 14, 2006.  The United States Attorney's Office

was not served until May 15, 2006.

    2.  Pursuant to this Court's March 14, 2006 Order Setting Initial Case Management Conference,

the parties are required to file a joint case management statement on July 10, 2006, and attend a

case management conference on July 17, 2006.

    3.  In order to allow sufficient time for USCIS to answer and prepare a joint case management

statement, the parties hereby respectfully ask this Court to extend the dates in the Court's

Stip. to Extend Dates
C 06-1943 BZ

scheduling order as follows:

| | |
|---|---|
| Last day to file Joint ADR Certification | July 31, 2006 |
| Last day to file/serve Joint Case Management Statement: | August 14, 2006 |
| Case Management Conference: | August 21, 2006, at 4:00 p.m. |

Date: June 30, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney


_____/s/_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants


_____/s/_____
Date: June 30, 2006

DAVID N. STRAND
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   July 5, 2006

_____
BERNARD ...
United ...

IT IS SO ORDERED
Judge Bernard Zimmerman