KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEEHYUN KIM,<br><br>        Plaintiff,<br><br>   v.<br><br>Attorney General ALBERTO GONZALES, Secretary of Department of Homeland Security MICHAEL CHERTOFF, Director of United States Citizenship and Immigration Services EMILIO T. GONZALES, and District Director of United States Citizenship and Immigration Services DAVID N. STILL,<br><br>        Defendants. | Case No. 06-1943 BZ<br><br>**STIPULATION TO DISMISS AND ORDER** |

    Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

///

///

Stip. to Dismiss
C 06-1943 BZ

| | | |
|---|---|---|
| 1 | Date: July 14, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | _____/s/_____<br>EDWARD A. OLSEN<br>Assistant United States Attorney |
| 6 | | Attorneys for Defendants |

Date: July 13, 2006    _____/s/_____
                       DAVID N. STRAND
                       Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  July 17, 2006    _____[signature]_____
                        BERNARD ZIMMERMAN
                        United States Magistrate Judge

Stip. to Dismiss
C 06-1943 BZ                      2